IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-CV-725-GCM

| | |
|---|---|
| DONALD L. JONES, )<br>      **Plaintiff,** )<br>v. )<br>)<br>THE BUDD GROUP, INC., )<br>      **Defendant.** )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **David L. Harris,** filed March 30, 2018 [doc. # 6].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Harris is admitted to appear before this court *pro hac vice* on behalf of Defendant, The Budd Group, Inc..

**IT IS SO ORDERED.**

Signed: April 9, 2018

*/s/ Graham C. Mullen*

Graham C. Mullen
United States District Judge