# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## NO. 3:17-cv-725-GCM

| | |
|---|---|
| DONALD L. JONES,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE BUDD GROUP, INC.,<br><br>　　　　　Defendant. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Lucas J. Asper,** filed December 3, 2018 (Doc. No. 12).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1(B), Mr. Asper is admitted to appear before this court *pro hac vice* on behalf of Defendant, The Budd Group, Inc..

**IT IS SO ORDERED.**

Signed: December 6, 2018

Graham C. Mullen
United States District Judge