IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 3:17 cv 00725

DONALD L. JONES,

        Plaintiff,

v.

THE BUDD GROUP, INC.,

        Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Donald L. Jones and Defendant The Budd Group, Inc., through their respective counsel, stipulate that the above-captioned action is dismissed in its entirety with prejudice, with each party to bear their own costs.

This 14th day of February, 2019.

                                                  */s/ Geraldine Sumter*
                                                  Geraldine Sumter
                                                  N. C. Bar No. 11107
                                                  Ferguson Chambers & Sumter, P.A.
                                                  309 East Morehead Street, Suite 110
                                                  Charlotte, North Carolina 28202
                                                  Telephone: (704) 375-8461
                                                  Facsimile: (980) 938-4867
                                                  Email: gsumter@fergusonsumter.com

                                                  Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participant:

>David L. Harris, Jr.
>Penny C. Wofford
>Ogletree, Deakins, Nash, Smoak & Stewart, PC
>The Ogletree Building
>300 North Main Street
>Suite 500
>Greenville, SC 29601
>Telephone: 864.271.1300
>Facsimile: 864.235.8806
>E-Mail: penny.wofford@ogletreedeakins.com
>E-Mail: david.harris@ogletreedeakins.com

This 14th day of February, 2019.

>/s/ Geraldine Sumter
>N.C. Bar No. 11107
>Ferguson Chambers & Sumter, P.A.
>309 East Morehead Street, Suite 110
>Charlotte, North Carolina 28202
>Telephone: (704) 375-8461
>Facsimile: (980) 938-4867
>E-mail: gsumter@fergusonsumter.com
>
>Attorney for Plaintiff